WEEKS et al. v. SAWYER et al.

(Supreme Court, Appellate Division, First Department. May 12, 1916.)

DEPOSITIONS ☞84—NONRESIDENT WITNESS—EXAMINATION.

Where, on motion for commission to take the testimony of a nonresident witness, it was directed that no one other than the commissioner and the witness should be present, the opposite parties, if the answers of the witness render necessary or proper a further examination, may apply for a supplemental examination.

[Ed. Note.—For other cases, see Depositions, Cent. Dig. §§ 227–231; Dec. Dig. ☞84.]

Appeal from Special Term, New York County.

Action by Edward A. Weeks and others against Decatur M. Sawyer and another. From an order denying motion for issuance of commission for examination of nonresident witness upon written interrogatories, defendants appeal. Order reversed, and motion granted.

Argued before CLARKE, P. J., and LAUGHLIN, SCOTT, SMITH, and DAVIS, JJ.

Arthur C. Rounds, of New York City, for appellants.
Frederick M. Czaki, of New York City, for respondents.

PER CURIAM. The order appealed from is reversed, with $10 costs and disbursements, and the motion for a commission to take the testimony of the defendant Blake on written interrogatories and cross interrogatories granted, the commission to issue to Bryan W. Tichenor, referred to in the moving papers, and, sufficient cause therefor appearing, no one other than the commissioner and the witness is to be present at the examination; but, in the event that it shall appear by the return to the commission that the answers of the witness render it necessary or proper that plaintiffs should have a further examination, they shall be at liberty to apply for a supplemental commission, either on oral or written interrogatories, as may then seem proper. Settle order on notice.